United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

August 13, 2007

Judicial Conference of the United States
Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544
Attn: Honorable Ortrie D. Smith

Re:     **Brian M. Cogan**
        **U.S. District Court, ED of NY**
        **2006 Annual Financial Disclosure Report**

Dear Judge Ortrie:

Pursuant to your letter dated July 31, 2007, below is the response to your request for additional information for the 2006 annual financial disclosure report filed by me dated May 15, 2007.

A)      In Part VII, the following assets which were previously owned but were exempt from disclosure in the 2005 report because their income and values were below the threshold in 2005:

                        Column (A)

Page 8, line 85         Bally Technologies Inc. Stock (common) (X)
Page 11, line 130       Finisar Corp. stock (common) (X)
Page 16, line 216       Progressive Gaming Int'l Corp. stock (common) (X)
Page 19, line 262       Western Refining Inc. Stock (common) (X)
Page 26, line 387       Windstream Corp. Stock (common) (X)
Page 42, line 649       Wachovia Corporation Stock (common) (X)

B)      In Part VII, the following assets were not included in the 2005 report because they were purchased in 2006 (the purchase information for most of these was not originally listed as the values were below the threshold):

|  |  | Column D | | |
|  |  | (1) | (2) | (3) |
|  |  | Type | Date | Value |
| Page 20, line 274 | Arrow Electronics Inc. Stock (common) | buy | 12/1 | J |
| Page 20, line 281 | W.R. Berkeley Corp. Stock (common) | buy | 12/1 | J |
| Page 22, line 307 | Dover Corp. Stock (common) | buy | 10/26 | J |
| Page 23, line 323 | Helix Energy Solutions Group Inc. Stock (common) | buy | 11/2 | J |
| Page 23, line 330 | Jabil Circuit Inc. Stock (common) | buy | 9/22 | J |
| Page 24, line 342 | Macclatchy Co-CL A Stock (common) | buy | 11/6 | J |
| Page 24, line 343 | Mueller Water Products Inc. Stock (common) | buy | 11/3 | J |
| Page 25, line 360 | Questar Corp. Stock (common) | buy | 4/25 | J |
| Page 25, line 370 | Supervalu Inc. stock (common) | buy | 11/30 | J |
| Page 26, line 381 | Walter Industries Inc. New Stock (common) | buy | 11/3 | J |
| Page 26, line 385 | Williams Companies Inc. Stock (common) | buy | 2/28 | J |
| Page 49, line 770 | Chesapeake Energy Corp. Stock (common) | buy | 7/17 | J |
| Page 50, line 789 | GATX Corp. Stock (common) | buy | 3/28 | J |
| Page 51, line 809 | Reserve Tax Exempt Trust Interstate Tax Exempt Fund | buy | 3/24 | L |
| Page 52, line 826 | Cleco Corp Hldgs New stock (common) | buy | 9/13 | J |
| Page 53, line 829 | Cohu Inc. Stock (common) | buy | 9/29 | J |
| Page 53, line 839 | K & F Industries Holdings Inc. Stock (common) | buy | 12/18 | J |
| Page 54, line 859 | Reserve Tax Exempt Trust Interstate Tax Exempt Fund | buy | 3/24 | L |
| Page 56, line 878 | Williams Partners LP (PTP) | buy | 9/6 | J |
| Page 56, line 893 | E On AG Sponsored ADR stock (common) | buy | 3/27 | J |
| Page 57, line 896 | Fomento Econmico Mexicano SA Sponsored ADR Stock | buy | 3/27 | J |
| Page 58, line 911 | Mitsubishi Estate Co Ltd ADR stock (common) | buy | 6/14 | J |
| Page 58, line 913 | National Grid PLC sponsored ADR stock (common) | buy | 3/27 | J |
| Page 58, line 915 | News Corporation Cl B sponsored ADR stock (common) | buy | 3/27 | J |
| Page 58, line 922 | Petroleo Brasileiro Petrobra Sponsored ADR stock (com) | buy | 10/6 | J |
| Page 58, line 924 | Reserve Tax Exempt Trust Interstate Tax Exempt Fund | buy | 3/24 | L |
| Page 58, line 926 | Sanofi Aventis Sponsored ADR stock (common) | buy | 10/19 | J |
| Page 59, line 933 | Sumitomo Mitsui Financial Group Inc. ADR stock (comm.) | buy | 8/17 | J |
| Page 60, line 943 | Bear Stearns NY Money Fund | buy | 7/27 | K |

C)     In Part VII, the asset of "Boots Group Plc stock (common)" listed on line 335 of 2005 report was merged into "Alliance Boots Plc stock (common)"; therefore, page 43, line 659 of 2006 report should be deleted and line 652 of 2006 report should be reflected as follow:

|  |  | Column B | | | |
|  |  | (1) | (2) | (3) | (4) |
|  |  | Amt | Type | Value | Method |
| Page 42, line 652 | Alliance Boots Plc (formerly Boots Group Plc) | B | Div | J | T |

D) In Part VII, the asset of "Shugard Storage Centers Inc. Stock (common)" listed on page 2, line 30 of 2005 report was merged into "Public Storage, Inc. stock (common)"; therefore, this asset was not reflected in 2006 report.

E) In Part VII, the asset of "AXA Equitable Incentive Life Policy" listed on page 26, line 464 of 2005 report was terminated in 2006; therefore, this asset was not reflected in 2006 report.

F) In Part VII, the filer incorrectly listed the assets on lines 399 and 403 of 2005 reported as College Access 529 Plan #1 and #2, they should be listed as brokerage accounts #14 and #15 as reflected on lines 942 and 947 of 2006 report.

G) In Part VII, Column B and Column D for the following assets should be listed as follows (this information was not originally listed as the values were below the threshold):

|  |  | Column B | | Column D | | |
|---|---|---|---|---|---|---|
|  |  | Amt | Type | Type | Date | Value |
| Page 19, line 265 | AGL Resources | A | Div | sell | 12/12 | J |
| Page 20, line 275 | Ashland Inc. | A | Div | sell | 11/15 | J |
| Page 20, line 282 | Borg Warner Automotive | A | Div | sell | 3/3 | J |
| Page 21, line 298 | Cooper Industries Ltd. | A | Div | sell | 10/6 | J |
| Page 22, line 312 | Family Dollar Stores Inc. | A | Div | sell | 9/28 | J |
| Page 22, line 318 | Gannett Co. Inc. | A | Div | sell | 7/19 | J |
| Page 23, line 325 | Hormel Foods Corp. | A | Div | sell | 3/28 | J |
| Page 25, line 355 | Pioneer Natural Resources |  | None | sell | 1/20 | J |
| Page 25, line 367 | E W Scripps Co. |  | None | sell | 1/4 | J |
| Page 25, line 368 | Sherwin-Williams Co. | A | Div | sell | 3/15 | J |
| Page 38, line 575 | Jones Apparel Group Inc. | A | Div | sell | 7/24 | J |
| Page 57, line 905 | Kao Corp Sponsored ADR |  |  | sell | 11/1 | J |

Please let me know if any further clarifications are required.

Very truly yours,



| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cogan,, Brian M | U.S. District Court, ED of NY | 05/15/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| US Courthouse<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Stroock & Stroock & Lavan LLP |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/1/1988 | Stroock & Stroock & Lavan LLP Retirement Plan wih former law firm, no control |
| 2. 1/1/2002 | Stroock & Stroock & Lavan LLP Profit Sharing Plan wih former law firm, no control |
| 3. | |

RECEIVED 2007 MAY 14 P 12: 14 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Stroock & Stroock & Lavan LLP, Attorney | $ 977,176. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Stroock & Stroock & Lavan LLP, Attorney |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Visa | Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JPMorgan Chase Bank account | C | Interest | M | T | | | | | |
| 2. Ameritrade Inc. cash account | A | Interest | J | T | | | | | |
| 3. Stroock & Stroock & Lavan LLP, Loan Receivable | E | Interest | N | U | | | | | |
| 4. Housing Programs Limited, Partners, partnership | | None | J | U | | | | | |
| 5. Compark Owners Corp., stock, (preferred) | A | Dividend | J | U | | | | | |
| 6. Brokerage Accout #1 | | | | | | | | | |
| 7. - AMB Property Corp. (REIT) | A | Dividend | J | T | buy | 9/13 | J | | |
| 8. - Apartment Investment & Management Co., (REIT) | A | Dividend | | | sell | 9/13 | J | B | |
| 9. - Archestone-Smith Trust (REIT) | A | Dividend | J | T | | | | | |
| 10. - Arden Realty Inc. (REIT) | A | Dividend | | | sell | 3/16 | J | A | |
| 11. - AvalonBay Communities Inc. (REIT) | A | Dividend | J | T | | | | | |
| 12. - BRE Properties Inc. (REIT) | A | Dividend | J | T | sell | 4/10 | J | B | |
| 13. | | | | | buy | 10/30 | J | | |
| 14. - Boston Properties Inc. (REIT) | A | Dividend | | | buy | 3/16 | J | | |
| 15. | | | | | sell | 4/10 | J | | |
| 16. | | | | | buy | 5/26 | J | | |
| 17. | | | | | buy | 6/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | sell | 10/30 | J | B | |
| 19.  - Brandywine Realty Trust (REIT) | A | Dividend | J | T | | | | | |
| 20.  - Camden Property Trust (REIT) | A | Dividend | J | T | buy | 4/10 | J | | |
| 21.  - Carramerica Realty Corp. (REIT) | A | Dividend | | | sell | 3/16 | J | B | |
| 22.  - Corporate Office Properties Trust, Inc. (REIT) | A | Dividend | J | T | partial sell | 3/16 | J | B | |
| 23.  - Douglas Emmett Inc. (REIT) | | None | J | T | buy | 10/30 | J | | |
| 24. | | | | | buy | 11/13 | J | | |
| 25. | | | | | buy | 12/11 | J | | |
| 26.  - Equity Office Properties Trust (REIT) | A | Dividend | J | T | buy | 3/16 | J | | |
| 27. | | | | | sell | 5/26 | J | | |
| 28. | | | | | buy | 6/5 | J | | |
| 29. | | | | | buy | 6/16 | J | | |
| 30. | | | | | partial sell | 11/13 | J | A | |
| 31.  - Equity Residential (REIT) | A | Dividend | J | T | buy | 4/10 | J | | |
| 32.  - Essex Property Trust Inc. (REIT) | A | Dividend | J | T | buy | 4/10 | J | | |
| 33. | | | | | sell | 6/5 | J | A | |
| 34. | | | | | buy | 9/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Extra Space Storage, Inc. (REIT) | A | Dividend | J | T | | | | | |
| 36. - Fairmont Hotels & Resort Inc. (REIT) | A | Dividend | | | sell | 2/9 | J | B | |
| 37. - Federal Realty Investment Trust (REIT) | A | Dividend | J | T | | | | | |
| 38. - Host Hotels & Resorts Inc.(formerly Host Marriott) (REIT) | A | Dividend | | | buy | 2/9 | J | | |
| 39. | | | | | partial sell | 5/26 | J | B | |
| 40. | | | | | partial sell | 9/13 | J | A | |
| 41. | | | | | sell | 12/11 | J | A | |
| 42. - Health Care Property Invs Inc. (REIt) | | None | J | T | buy | 11/13 | J | | |
| 43. - Macerich Co. (REIT) | A | Dividend | J | T | | | | | |
| 44. - Mack-Cali Realty Corp. (REIT) | A | Dividend | J | T | partial sell | 11/13 | J | A | |
| 45. - Post Properties Inc. (REIT) | A | Dividend | J | T | | | | | |
| 46. - Prologis SBI ( REIT) | A | Dividend | J | T | partial sell | 9/13 | J | B | |
| 47. - Public Storage Inc. (formerly Shurgard Storage) (REIT) | A | Dividend | J | T | buy | 6/16 | J | | |
| 48. - Reckson Associates Realty Corp. (REIT) | A | Dividend | | | sell | 9/25 | J | C | |
| 49. - Regency Centers Corp. (REIT) | A | Dividend | | | sell | 6/5 | J | A | |
| 50. - Reserve Fund Primary Fund | A | Dividend | J | T | | | | | |
| 51. - SL Green Realty Corp. (REIT) | A | Dividend | J | T | partial sell | 3/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - Simon Property Group Inc. (REIT) | A | Dividend | J | T | buy | 9/25 | J | | |
| 53. | | | | | partial sell | 11/13 | J | B | |
| 54.   - Starwood Hotels & Resort Worldwide Inc. (REIT) | A | Dividend | J | T | buy | 4/10 | J | | |
| 55. | | | | | partial sell | 4/11 | J | A | |
| 56.   - Strategic Hotels & Resorts Inc.(formerly Strategic) (REIT) | A | Dividend | J | T | buy | 2/9 | J | | |
| 57. | | | | | partial sell | 4/10 | J | A | |
| 58. | | | | | buy | 5/26 | J | | |
| 59. | | | | | buy | 9/13 | J | | |
| 60.   - Taubman Centers Inc. (REIT) | A | Dividend | J | T | | | | | |
| 61.   - Trizec Properties Inc. (REIT) | | None | | | buy | 3/16 | J | | |
| 62. | | | | | sell | 6/16 | J | A | |
| 63.   - Weingarten Realty Investors (REIT) | A | Dividend | J | T | buy | 9/25 | J | | |
| 64.   Brokerage Account #2 | | | | | | | | | |
| 65.   - ADC Telecommunications Inc. Stock (common) | | None | | | partial sell | 5/30 | J | A | |
| 66. | | | | | buy | 8/17 | J | | |
| 67. | | | | | sell | 10/17 | J | A | |
| 68.   - Agere Systems Inc. Stock (common) | | None | | | sell | 12/4 | J | A | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
   (See Column C2)   Q =Appraisal   V =Other   S =Assessment
     U =Book Value   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Airtran Holdings Inc. stock (common) | | None | J | T | buy | 11/21 | J | | |
| 70. - Alleghany Corp-Del Stock (common) | A | Dividend | J | T | | | | | |
| 71. - Allied Waste Industries Inc. Stock (common) | | None | | | partial sell | 3/16 | J | A | |
| 72. | | | | | partial sell | 4/11 | J | A | |
| 73. | | | | | sell | 4/18 | J | A | |
| 74. - Alpha Natural Resources Inc. Stock (common) | | None | | | sell | 9/13 | J | | |
| 75. - American Equity Investment Life Holding Co. Stock (common) | A | Dividend | J | T | buy | 7/18 | J | | |
| 76. - Ameristar Casinos Inc. Stock (common) | A | Dividend | J | T | buy | 11/24 | J | | |
| 77. - Amerus Group Co. Stock (common) | | None | | | sell | 7/13 | J | A | |
| 78. - Applebee's International Inc. Stock (common) | A | Dividend | | | sell | 1/11 | J | A | |
| 79. - Arch Coal Inc. Stock (common) | | None | | | partial sell | 1/4 | J | A | |
| 80. | | | | | partial sell | 1/10 | J | A | |
| 81. | | | | | partial sell | 1/13 | J | A | |
| 82. | | | | | sell | 1/26 | J | A | |
| 83. - Avanex Corp. Stock (common) | | None | | | buy | 3/3 | J | | |
| 84. | | | | | sell | 8/16 | J | | |
| 85. - Bally Technologies Inc. Stock (common) | | None | J | T | partial sell | 9/14 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Bankunited Finacial Corp. Stock (common) | A | Dividend | J | T | buy | 8/8 | J | | |
| 87. - Bebe Stores Inc. Stock (common) | A | Dividend | J | T | buy | 3/20 | J | | |
| 88. - Biovail Corp. Stock (common) | | None | | | sell | 2/2 | J | A | |
| 89. - Bookham Inc. Stock (common) | | None | J | T | buy | 4/17 | J | | |
| 90. - Broadwing Corporation Stock (common) | | None | | | buy | 10/5 | J | | |
| 91. | | | | | sell | 10/18 | J | A | |
| 92. - Brown Shoe Co. Inc. Stock (common) | A | Dividend | | | partial sell | 3/22 | J | A | |
| 93. | | | | | sell | 4/3 | J | A | |
| 94. - Bucyrus Int'l Inc. Stock (sommon) | A | Dividend | J | T | buy | 10/17 | J | | |
| 95. | | | | | buy | 10/18 | J | | |
| 96. - Carter's Inc. Stock (common) | | None | J | T | buy | 9/21 | J | | |
| 97. - CKE Restaurants Inc. Stock (common) | A | Dividend | | | sell | 8/15 | J | A | |
| 98. - Centennial Communications Corp. Stock (common) | A | Dividend | | | sell | 2/23 | J | | |
| 99. - Charter Communications Inc. Stock (common) | | None | J | T | buy | 12/13 | J | | |
| 100. - Cheesecake Factory Inc. Stock (common) | | None | J | T | buy | 8/7 | J | | |
| 101. - Chicago Bridge & Iron Co. Stock (common) | | None | | | sell | 2/21 | J | | |
| 102. - CIENA Corp. Stock (common) | | None | J | T | partial sell | 3/16 | J | A | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes (See Column C2)  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000  T =Cash Market
Q =Appraisal  V =Other  S =Assessment
U =Book Value  W =Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | partial sell | 7/11 | J | A | |
| 104. | | | | | partial sell | 7/13 | J | A | |
| 105. | | | | | buy | 10/18 | J | | |
| 106. - Cincinnati Bell Inc. Stock (common) | | None | J | T | | | | | |
| 107. - Coinstar Inc. Stock (common) | | None | J | T | buy | 11/28 | J | | |
| 108. - Comstock Resources Inc. Stock (common) | | None | J | T | | | | | |
| 109. - Commscope Inc. Stock (common) | | None | J | T | buy | 3/14 | J | | |
| 110. - Conseco Inc. Stock (common) | | None | J | T | partial sell | 11/20 | J | A | |
| 111. - Continental Airlines Inc. Stock (common) | | None | J | T | buy | 1/6 | J | | |
| 112. | | | | | partial sell | 10/30 | J | A | |
| 113. | | | | | partial sell | 11/16 | J | A | |
| 114. - Credence Systems Corp. Stock (common) | | None | | | sell | 6/23 | J | | |
| 115. - Cumulus Media Inc. Stock (common) | | None | | | sell | 6/24 | J | | |
| 116. - Denny's Corporation Stock (common) | | None | | | sell | 7/19 | J | | |
| 117. - Dobson Communications Corp. Stock (common) | | None | J | T | buy | 4/17 | J | | |
| 118. - DRS Technologies Inc. Stock (common) | A | Dividend | J | T | buy | 8/4 | J | | |
| 119. - Dynegy Inc. Stock (common) | | None | J | T | partial sell | 8/28 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | partial sell | 12/5 | J | A | |
| 121. - Eldorado Gold Corp. Stock (common) | | None | | | buy | 2/2 | J | | |
| 122. | | | | | sell | 9/18 | J | | |
| 123. - Elizabeth Arden Inc. Stock (common) | | None | | | sell | 6/12 | J | | |
| 124. - Eurozinc Mining Corp. Stock (common) | | None | | | buy | 5/11 | J | | |
| 125. | | | | | partial sell | 9/18 | J | | |
| 126. | | | | | sell | 9/26 | J | | |
| 127. - Extreme Networks Inc. Stock (common) | | None | J | T | buy | 1/23 | J | | |
| 128. - Fairchild Semiconductor International Inc. Stock (common) | | None | | | sell | 1/6 | J | A | |
| 129. - FelCor Lodging Trust Inc. (REIT) | A | Dividend | J | T | partial sell | 3/10 | J | A | |
| 130. - Finisar Corp. Stock (common) | | None | J | T | partial sell | 3/13 | J | A | |
| 131. | | | | | partial sell | 4/19 | J | A | |
| 132. | | | | | partial sell | 5/26 | J | A | |
| 133. - First Marblehead Corp. Stock (common) | A | Dividend | | | partial sell | 6/20 | J | A | |
| 134. | | | | | partial sell | 9/18 | J | A | |
| 135. | | | | | partial sell | 9/28 | J | A | |
| 136. | | | | | partial sell | 10/26 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | partial sell | 11/21 | J | A | |
| 138. | | | | | partial sell | 11/27 | J | A | |
| 139. | | | | | sell | 12/13 | J | A | |
| 140. - Florida East Coast Industries Inc. Stock (common) | | None | | | sell | 2/15 | J | A | |
| 141. - Foundation Coal Holdings Inc. Stock (common) | A | Dividend | | | buy | 3/9 | J | | |
| 142. | | | | | partialsell | 10/4 | J | | |
| 143. | | | | | sell | 10/17 | J | | |
| 144. - Gasco Energy Inc. Stock (common) | | None | J | T | | | | | |
| 145. - Gaylord Entertainment Co. Stock (common) | | None | J | T | buy | 2/28 | J | | |
| 146. - General Cable Corp. Stock (common) | | None | J | T | partial sell | 4/5 | J | A | |
| 147. | | | | | partial sell | 5/2 | J | A | |
| 148. | | | | | partial sell | 8/25 | J | A | |
| 149. | | | | | partial sell | 10/23 | J | A | |
| 150. | | | | | partial sell | 12/8 | J | A | |
| 151. - Genesee & Wyoming Inc. Stock (common) | | None | J | T | buy | 6/5 | J | | |
| 152. - Genesis Healthcare Corp. Stock (common) | | None | J | T | | | | | |
| 153. - Global Crossing Ltd. Stock (common) | | None | J | T | buy | 10/30 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Global Signal Inc. Stock (common) | A | Distribution | J | T | partial sell | 11/21 | J | A | |
| 155. | | | | | partial sell | 12/11 | J | A | |
| 156. - Grey Wolf Inc. Stock (common) | | None | J | T | partial sell | 1/23 | J | A | |
| 157. | | | | | partial sell | 9/18 | J | A | |
| 158. - Hain Celestial Group Inc. Stock (common) | | None | J | T | buy | 2/2 | J | | |
| 159. - Herbalife Ltd. Stock (common) | | None | J | T | buy | 4/26 | J | | |
| 160. - Helmerich & Payne Inc. Stock (common) | A | Dividend | J | T | partial sell | 1/20 | J | A | |
| 161. - Hydril Stock (common) | | None | | | buy | 8/2 | J | | |
| 162. | | | | | buy | 9/7 | J | | |
| 163. | | | | | sell | 12/18 | J | A | |
| 164. - Imax Corp. Stock (common) | | None | | | sell | 8/10 | J | | |
| 165. - Infinity Property & Casualty Corp. Stock (common) | A | Dividend | | | partial sell | 4/4 | J | A | |
| 166. | | | | | sell | 4/21 | J | A | |
| 167. - Intermec Inc. Stock (common) | | None | | | buy | 4/12 | J | | |
| 168. | | | | | sell | 5/24 | J | | |
| 169. - Intrawest Corp. Stock (common) | A | Dividend | | | buy | 3/29 | J | | |
| 170. | | | | | partial sell | 8/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | sell | 8/17 | J | A | |
| 172. - Investment Technology Group Stock (common) | None | J | T | | buy | 12/6 | J | | |
| 173. - Isle of Capri Casinos Inc. Stock (common) | None | J | T | | | | | | |
| 174. - Kansas City Southern Stock (common) | None | J | T | | partial sell | 8/2 | J | A | |
| 175. - Kensey Nash Corp. Stock (common) | None | J | T | | partial sell | 4/25 | J | A | |
| 176. - Key Energy Services Inc. Stock (common) | None | J | T | | partial sell | 12/29 | J | A | |
| 177. - Kindred Healthcare Inc. Stock (common) | None | | | | sell | 5/8 | J | | |
| 178. - Kulicke & Soffa Industries Inc. Stock (common) | None | | | | partial sell | 1/10 | J | A | |
| 179. | | | | | partial sell | 1/24 | J | A | |
| 180. | | | | | sell | 1/26 | J | A | |
| 181. - Lifepoint Hospitals Inc. Stock (common) | None | J | T | | | | | | |
| 182. - Magellan Health Services Inc. Stock (common) | None | J | T | | | | | | |
| 183. - Martek Biosciences Corp. Stock (common) | None | J | T | | buy | 2/9 | J | | |
| 184. - Mercury Interactive Corp. Stock (common) | None | | | | buy | 1/9 | J | | |
| 185. | | | | | partial sell | 7/26 | J | A | |
| 186. | | | | | sell | 7/28 | J | A | |
| 187. - Meristar Hospitality Corp. Stock | None | | | | partial sell | 2/21 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| (common) | | | | | | | | | |
| 188. | | | | | sell | 2/27 | J | A | |
| 189. - Micros Systems Inc. Stock (common) | | None | J | T | buy | 3/21 | J | | |
| 190. - Montpelier RE Holdings Ltd. Stock (common) | | None | J | T | buy | 7/6 | J | | |
| 191. - National Fin'l Partners Corp. Stock (common) | | None | J | T | buy | 10/11 | J | | |
| 192. - NBTY Inc. Stock (common) | | None | J | T | partial sell | 11/28 | J | A | |
| 193. | | | | | partial sell | 12/12 | J | A | |
| 194. - Novagold Resources Inc. Stock (common) | | None | | | buy | 1/31 | J | | |
| 195. | | | | | partial sell | 7/24 | J | A | |
| 196. | | | | | sell | 9/12 | J | A | |
| 197. - Novell Inc. Stock (common) | | None | J | T | partial sell | 11/7 | J | A | |
| 198. - OM Group Inc. Stock (common) | | None | | | partial sell | 4/26 | J | A | |
| 199. | | | | | partial sell | 6/1 | J | A | |
| 200. | | | | | sell | 6/13 | J | A | |
| 201. - ON Semiconductor Corp. Stock (common) | | None | J | T | partial sell | 2/1 | J | A | |
| 202. | | | | | partial sell | 4/21 | J | A | |
| 203. - Orient Express Hotels Ltd. Stock | | None | J | T | buy | 2/15 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS *— income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| (common) | | | | | | | | | |
| 204. - Owens Illinois Inc. Stock (common) | | None | J | T | buy | 9/5 | J | | |
| 205. - Pacer International Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 206. - Panera Bread Co. Cl A Stock (common) | | None | J | T | buy | 9/15 | J | | |
| 207. - Penn National Gaming Inc. Stock (common) | | None | J | T | partial sell | 3/7 | J | A | |
| 208. - PF Changs China Bistro Inc. Stock (common) | | None | J | T | buy | 9/15 | J | | |
| 209. - Pinnacle Entertainment Inc. Stock (common) | | None | J | T | partial sell | 1/18 | J | A | |
| 210. | | | | | partial sell | 2/16 | J | A | |
| 211. | | | | | partial sell | 4/28 | J | A | |
| 212. | | | | | partial sell | 10/12 | J | A | |
| 213. | | | | | partial sell | 12/18 | J | A | |
| 214. - PMC-Sierra Inc. Stock (common) | | None | J | T | buy | 8/17 | J | | |
| 215. - Powerwave Technologies Inc. Stock (common) | | None | J | T | buy | 8/29 | J | | |
| 216. - Progressive Gaming Int'l Corp. Stock (common) | | None | J | T | | | | | |
| 217. - Red Robin Gourmet Burgers, Inc. Stock (common) | | None | | | sell | 8/4 | J | | |
| 218. - Redback Networks Inc. Stock (common) | | None | | | buy | 11/16 | J | | |
| 219. | | | | | sell | 12/20 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 220. - Reserve Fund Primary Fund | A | Dividend | J | T | | | | | |
| 221. - Ruby Tuesday Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 222. - Savvis Inc. Stock (common) | | None | J | T | buy | 11/22 | J | | |
| 223. - SBA Communications Corp. Stock (common) | | None | J | T | partial sell | 1/9 | J | A | |
| 224. | | | | | partial sell | 1/26 | J | A | |
| 225. | | | | | partial sell | 2/23 | J | A | |
| 226. | | | | | partial sell | 8/31 | J | A | |
| 227. | | | | | partial sell | 11/24 | J | A | |
| 228. - Silicon Laboratories Inc. Stock (common) | | None | J | T | buy | 9/18 | J | | |
| 229. - Sinclair Broadcast Group Inc. Stock (common) | A | Dividend | | | sell | 3/17 | J | | |
| 230. - Sonus Networks, Inc. Stock (common) | | None | | | sell | 5/10 | J | A | |
| 231. - Stillwater Mining Co. Stock (common) | | None | | | buy | 4/20 | J | | |
| 232. | | | | | sell | 9/26 | J | | |
| 233. - Sunrise Senior Living Inc. Stock (common) | | None | J | T | buy | 9/15 | J | | |
| 234. - Sunterra Corporation (common) | | None | J | T | | | | | |
| 235. - Tempur Pedic International Inc. Stock (common) | | None | J | T | buy | 11/15 | J | | |
| 236. - Tetra Technologies Inc. Stock (common) | | None | J | T | buy | 12/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 237. - TLC Vision Corp. Stock (common) | | None | | | sell | 11/16 | J | | |
| 238. - TODCO Stock (common) | | None | J | T | | | | | |
| 239. - Trump Entertainment Resorts Inc. Stock (common) | | None | J | T | buy | 4/18 | J | | |
| 240. - Ubiquitel Inc. Stock (common) | | None | | | partial sell | 2/23 | J | A | |
| 241. | | | | | sell | 4/20 | J | A | |
| 242. - Unit Corp. Stock (common) | | None | | | sell | 3/29 | J | A | |
| 243. - United Rentals Inc. Stock (common) | | None | J | T | partial sell | 1/27 | J | A | |
| 244. - United Surgical Partners Intl Inc. Stock (common) | | None | J | T | buy | 10/13 | J | | |
| 245. - Universal American Financial, Corp. Stock (comon) | | None | | | sell | 10/18 | J | | |
| 246. - U Store It Trust (REIT) | A | Dividend | J | T | buy | 7/11 | J | | |
| 247. - Urban Outfitters Inc. Stock (common) | | None | J | T | buy | 9/13 | J | | |
| 248. - Vishay Intertechnology Inc. Stock (common) | | None | | | buy | 2/27 | J | | |
| 249. | | | | | partial sell | 29 | J | A | |
| 250. | | | | | sell | 4/26 | J | A | |
| 251. - Vitesse Semiconductor Corp Stock (common) | | None | | | buy | 4/25 | J | | |
| 252. | | | | | sell | 8/15 | J | | |
| 253. - Volcom Inc. Stock (common) | | None | | | buy | 2/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 254. | | | | | sell | 8/4 | J | | |
| 255. - Wabtec Corp. Stock (common) | A | Dividend | J | T | partial sell | 11/20 | J | A | |
| 256. | | | | | partial sell | 12/14 | J | A | |
| 257. - Waddell & Reed Financial Inc. Stock (common) | A | Dividend | J | T | buy | 4/6 | J | | |
| 258. - Walter Industries Inc. Stock (common) | A | Distribution | | | buy | 6/29 | J | | |
| 259. | | | | | buy | 9/11 | J | | |
| 260. | | | | | sell | 12/14 | J | | |
| 261. - Western Gas Resources Inc. Stock (common) | A | Dividend | | | sell | 6/23 | J | B | |
| 262. - Western Refining Inc. Stock (common) | | None | | | sell | 9/7 | J | | |
| 263. - WPS Resources Corp. Stock (common) | A | Dividend | J | T | buy | 7/21 | J | | |
| 264. Brokerage Account #3 | | | | | | | | | |
| 265. - AGL Resources Inc. Stock (common) | | | | | sell | | | | |
| 266. - Affiliated Computer Services Inc. Stock (common) | | None | J | T | | | | | |
| 267. - Albemarle Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 268. - Alltel Corp. Stock (common) | A | Dividend | | | sell | 11/30 | J | A | |
| 269. - American Electric Power Co. Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 270. - American Standard Companies Inc. Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| (common) | | | | | | | | | |
| 271. - Ametek Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 272. - Amphenol Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 273. - Applebee's International Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 274. - Arrow Electronics Inc. Stock (common) | | None | J | T | | | | | |
| 275. - Ashland Inc. Stock (common) | A | Dividend | | | sell | | | | |
| 276. - Assurant Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 277. - AutoNation Inc. Stock (common) | | None | J | T | buy | 6/13 | J | | |
| 278. | | | | | partial sell | 4/19 | J | A | |
| 279. - AutoZone Inc. Stock (common) | | None | J | T | | | | | |
| 280. - Ball Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 281. - W R Berkley Corp. Stock (common) | | None | J | T | | | | | |
| 282. - Borg Warner Automotive Inc. Stock (common) (X) | | | | | sell | | | | |
| 283. - Brookfield Properties Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 284. - Brown Forman Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 285. - Burlington Resources Inc. Stock (common) | A | Dividend | | | partial sell | 1/26 | J | A | |
| 286. | | | | | sell | 3/1 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 287. - Cablevision Systems Corp. Stock (common) | A | Dividend | J | T | buy | 1/4 | J | | |
| 288. - Carlisle Companies Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 289. - Centurytel Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 290. - Cincinnati Financial Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 291. - Clear Channel Communications Inc. Cl A Stock (common) (X) | A | Dividend | J | T | | | | | |
| 292. - Clear Channel Communications Inc. Stock (common) | A | Dividend | J | T | buy | 7/6 | J | | |
| 293. - Clorox Co. Stock (common) | A | Dividend | J | T | | | | | |
| 294. - Columbia Sportswear Co. Stock (common) | A | Dividend | J | T | | | | | |
| 295. - CA Inc. (formerly Computer Associates Intl Stock (common) | A | Dividend | | | sell | 7/18 | J | | |
| 296. - Community Health System Inc. Stock (Common) | | None | J | T | | | | | |
| 297. - Constellation Brands Inc. Stock (common) | | None | J | T | buy | 1/4 | J | | |
| 298. - Cooper Industries Ltd. Stock (common) | | | | | sell | | | | |
| 299. - Coventry Health Care Inc. Stock (common) | | None | J | T | | | | | |
| 300. - Crane Co. Stock (common) | A | Dividend | J | T | | | | | |
| 301. - Cullen/ Frost Bankers Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 302. - DPL Inc. Stock (common) | A | Dividend | | | sell | 7/28 | J | A | |
| 303. - Dean Foods Co. Stock (common) | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 304. - Del Monte Foods Co. Stock (common) | A | Dividend | J | T | | | | | |
| 305. - Devon Energy Corporation Stock (common) | A | Dividend | J | T | partial sell | 10/25 | J | A | |
| 306. - Dex Media Inc. Stock (common) | A | Dividend | | | sell | 2/1 | J | A | |
| 307. - Dover Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 308. - E Trade Financial Corporation Stock (common) | | None | J | T | | | | | |
| 309. - Energen Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 310. - Energy East Corporation Stock (common) | A | Dividend | J | T | | | | | |
| 311. - Everest RE Group Ltd. Stock (common) | A | Dividend | J | T | buy | 11/13 | J | | |
| 312. - Family Dollar Stores Inc. Stock (common) | A | Dividend | | | | | | | |
| 313. - Federated Department Stores Inc. Stock (common) | A | Dividend | | | buy | 1/4 | J | | |
| 314. | | | | | sell | | | | |
| 315. - Firstenergy Corp. Stock (common) | A | Dividend | J | T | buy | 1/4 | J | | |
| 316. - Forest City Enterprises Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 317. - Fortune Brands Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 318. - Gannett Co. Inc. Stock (common) | | | | | sell | | | | |
| 319. - Genuine Parts Co. Stock (common) | A | Dividend | J | T | buy | 4/28 | J | | |
| 320. - Genworth Financial Inc. Stock (common) | A | Dividend | | | sell | 4/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 321. - Golden West Financial Corp. Stock (common) | A | Dividend | | | sell | 10/4 | J | A | |
| 322. - Harsco Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 323. - Helix Energy Solutions Group Inc. Stock (common) | | None | J | T | | | | | |
| 324. - Hilton Hotels Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 325. - Hormel Foods Corp. Stock (common) | | Dividend | | | | | | | |
| 326. - Hughes Supply Inc. Stock (common) | | None | | | sell | 1/27 | J | A | |
| 327. - Istar Financial Inc. Stock (common) | A | Dividend | J | T | buy | 11/28 | J | | |
| 328. - Interactive Data Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 329. - IPC Holdings Ltd. Stock (common) | A | Dividend | J | T | | | | | |
| 330. - Jabil Circuit Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 331. - Kinder Morgan Inc. Stock (common) | A | Dividend | J | T | partial sell | 11/9 | J | A | |
| 332. - Knight-Ridder Inc. Stock (common) | A | Dividend | | | sell | 4/18 | J | | |
| 333. - Estee Lauder Companies Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 334. - Legg Mason Inc. Stock (common) (X) | A | Dividend | | | sell | 1/4 | J | A | |
| 335. - Limited Brands Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 336. - M & T Bank Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 337. - MGIC Investment Corp. Stock (common) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 338. - Manor Care Inc. Stock (common) | A | Dividend | | | sell | 4/26 | J | A | |
| 339. - Marathon Oil Corp. Stock (common) | A | Dividend | | | partial sell | 5/10 | J | A | |
| 340. | | | | | sell | 8/29 | J | A | |
| 341. - MeadWestvaco Corp. Stock (common) | | Dividend | | | | | | | |
| 342. - Macclatchy Co-Cl A Stock (common) | A | Dividend | J | T | | | | | |
| 343. - Mueller Water Products Inc. Stock (common) | | None | J | T | | | | | |
| 344. - NCR Corp. Stock (common) | | None | J | T | | | | | |
| 345. - Norfolk Southern Corp. Stock (common) (X) | A | Dividend | J | T | | | | | |
| 346. - North Fork Bancorp., Inc. Stock (common) | A | Dividend | | | sell | 12/1 | J | A | |
| 347. - Northern Trust Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 348. - Old Republic International Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 349. - Omnicare Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 350. - OSI Restaurant (formOutback Steakhouse Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 351. - PG&E Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 352. - PPG Industries Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 353. - PPL Corporation Stock (common) | A | Dividend | J | T | | | | | |
| 354. - Pactiv Corp. Stock (common) | | None | | | sell | 1/4 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 355. - Pioneer Natural Resources Co. Stock (common) | | None | | | sell | | | | |
| 356. - Pitney Bowes Inc. Stock (common) | A | Dividend | | | sell | 4/25 | J | | |
| 357. - T. Rowe Price Group, Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 358. - Principal Financial Group Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 359. - Quest Diagnostics Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 360. - Questar Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 361. - Rayonier Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 362. - Republic Services Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 363. - Reserve Fund Primary Fund | A | Dividend | J | T | | | | | |
| 364. - R H Donnelley Corp. Stock (common) (X) | | None | | | sell | 3/21 | J | | |
| 365. - Safeco Corp. Stock (common) | A | Dividend | J | T | buy | 4/25 | J | | |
| 366. - SCANA Corporation Stock (common) | A | Dividend | J | T | | | | | |
| 367. - E W Scripps Co. Stock (common) | | None | | | sell | | | | |
| 368. - Sherwin-Williams Co. Stock (common) | | Dividend | | | sell | | | | |
| 369. - Sigma-Aldrich Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 370. - Supervalu Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 371. - Synovus Financial Corp. | | None | J | T | buy | 9/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 372. - TCF Finanial Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 373. - TJX Companies Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 374. - Telephone and Data Systems Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 375. - Tiffany & Co. Stock (common) | A | Dividend | J | T | | | | | |
| 376. - UGI Corp Holding Co. Stock (common) | A | Dividend | J | T | | | | | |
| 377. - V F Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 378. - Vornado Realty Trust (REIT) | A | Dividend | J | T | | | | | |
| 379. - Vulcan Materials Co. Stock (common) | A | Dividend | J | T | partial sell | 12/4 | J | A | |
| 380. - Wachovia Corporation Stock (common) (X) | A | Dividend | | | sell | 12/1 | J | | |
| 381. - Walter Industries Inc. New Stock (common) | A | Dividend | J | T | | | | | |
| 382. - Warner Chilcott Ltd. Stock (common) | | None | J | T | buy | 9/28 | J | | |
| 383. - Webster Financial Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 384. - Westar Energy Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 385. - Williams Companies Inc. Stock (commpn) | A | Dividend | J | T | | | | | |
| 386. - Wilmington Trust Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 387. - Windstream Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 388. - Zions Bancorporation Stock (common) | A | Dividend | J | T | buy | 1/4 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 389.  Brokerage Account #4 | | | | | | | | | |
| 390.  - Adobe Systems Inc. Stock (common) | | None | J | T | buy | 3/24 | J | | |
| 391. | | | | | buy | 7/27 | J | | |
| 392.  - American Electric Power Co. Inc. Stock (common) | A | Dividend | J | T | buy | 9/15 | J | | |
| 393.  - Bank of America Corp. Stock (common) (X) | A | Dividend | J | T | buy | 3/24 | J | | |
| 394. | | | | | buy | 5/3 | J | | |
| 395. | | | | | partial sell | 7/21 | J | A | |
| 396.  - BJ Services Co. Stock (common) | A | Dividend | J | T | buy | 1/12 | J | | |
| 397. | | | | | buy | 3/24 | J | | |
| 398.  - Becton Dickinson & Co. Stock (common) | A | Dividend | J | T | buy | 3/24 | J | | |
| 399.  - Bed Bath & Beyond Inc. Stock (common) | | None | | | buy | 3/24 | J | | |
| 400. | | | | | partial sell | 1/26 | J | A | |
| 401. | | | | | sell | 4/13 | J | A | |
| 402.  - Capital One Financial Corp. Stock (common) | A | Dividend | J | T | buy | 7/21 | J | | |
| 403.  - Centex Corp. Stock (common) | A | Dividend | J | T | buy | 3/24 | J | | |
| 404.  - Cisco Systems Inc. Stock (common) | | None | J | T | buy | 5/26 | J | | |
| 405.  - Coach Inc. Stock (common) | | None | J | T | buy | 3/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 406. | | | | | partial sell | 8/25 | J | A | |
| 407.  - ConocoPhillips Stock (common) | A | Dividend | | | buy | 3/24 | J | | |
| 408. | | | | | sell | 11/1 | J | A | |
| 409.  - Countrywide Financial Corp. Stock (common) | A | Dividend | J | T | buy | 3/24 | J | | |
| 410. | | | | | partial sell | 5/26 | J | A | |
| 411.  - C R Bard Inc. Stock (common) | A | Dividend | J | T | buy | 4/19 | J | | |
| 412.  - Dell Inc. Stock (common) | | None | | | buy | 3/24 | J | | |
| 413. | | | | | sell | 4/21 | J | | |
| 414.  - FedEx Corp. Stock (common) | A | Dividend | J | T | buy | 3/24 | J | | |
| 415.  - Fiserv Inc. Stock (common) | | None | J | T | buy | 10/25 | J | | |
| 416.  - Franklin Resources Inc. Stock (common) | A | Dividend | | | buy | 3/24 | J | | |
| 417. | | | | | sell | 5/3 | J | A | |
| 418.  - Gap Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 419.  - General Dynamics Corp. Stock (common) | A | Dividend | | | buy | 3/24 | J | | |
| 420. | | | | | partial sell | 11/13 | J | A | |
| 421. | | | | | partial sell | 11/20 | J | A | |
| 422. | | | | | sell | 11/28 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 423. - Harrahs Entertainment Inc. Stock (common) | A | Dividend | | | buy | 4/24 | J | | |
| 424. | | | | | buy | 5/11 | J | | |
| 425. | | | | | buy | 6/8 | J | | |
| 426. | | | | | sell | 10/25 | J | | |
| 427. - ITT Industries Inc. Stock (common) | A | Dividend | J | T | buy | 3/24 | J | | |
| 428. | | | | | partial sell | 5/26 | J | A | |
| 429. - International Business Machines Corp. Stock (common) | A | Dividend | | | sell | 2/14 | J | | |
| 430. - Johnson & Johnson Stock (common) | A | Dividend | | | buy | 3/24 | J | | |
| 431. | | | | | sell | 4/19 | J | | |
| 432. - Johnson Controls Inc. Stock (common) | A | Dividend | J | T | partial sell | 10/27 | J | A | |
| 433. | | | | | partial sell | 12/1 | J | A | |
| 434. - Kellogg Co. Stock (common) | A | Dividend | J | T | buy | 3/24 | J | | |
| 435. - L-3 Communications Holdings Inc. Stock (common) | A | Dividend | J | T | buy | 3/24 | J | | |
| 436. - Laboratory Corp. Stock (Common) | | None | J | T | buy | 3/24 | J | | |
| 437. | | | | | buy | 4/21 | J | | |
| 438. | | | | | partial sell | 7/28 | J | A | |
| 439. - Estee Lauder Companies Inc. Stock | | None | | | sell | 3/6 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| (common) | | | | | | | | | |
| 440. - Legg Mason Inc. Stock (common) | A | Dividend | J | T | buy | 5/3 | J | | |
| 441. - Lowes Companies Inc. Stock (common) | A | Dividend | | | buy | 3/24 | J | | |
| 442. | | | | | partial sell | 9/18 | J | A | |
| 443. | | | | | sell | 9/25 | J | | |
| 444. - M & T Bank Corp. Stock (common) | A | Dividend | J | T | buy | 3/24 | J | | |
| 445. - MBNA Corp. Stock (common) | | None | | | sell | 1/3 | J | A | |
| 446. - Maxim Integrated Products Inc. Stock (common) | A | Dividend | J | T | buy | 3/24 | J | | |
| 447. - McDonald's Corp. Stock (common) | A | Dividend | J | T | buy | 3/24 | J | | |
| 448. - Mcgraw Hill Companies Inc. Stock (common) | | None | J | T | buy | 11/28 | J | | |
| 449. | | | | | buy | 12/1 | J | | |
| 450. - Medtronic Inc. Stock (common) | A | Dividend | | | buy | 3/24 | J | | |
| 451. | | | | | sell | 12/5 | J | A | |
| 452. - Merrill Lynch & Co. Inc. Stock (Common) | A | Dividend | J | T | | | | | |
| 453. - Microsoft Corp. Stock (common) | A | Dividend | | | buy | 3/24 | J | | |
| 454. | | | | | sell | 3/21 | J | | |
| 455. - Nike Inc. Stock (common) | A | Dividend | J | T | buy | 3/6 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 456. | | | | | buy | 3/24 | J | | |
| 457. | | | | | buy | 6/14 | J | | |
| 458. - Occidental Petroleum Corp. Stock (common) | A | Dividend | | | buy | 3/24 | J | | |
| 459. | | | | | partial sell | 5/26 | J | A | |
| 460. | | | | | sell | 11/28 | J | A | |
| 461. - Omnicom Group Inc. Stock (common) | A | Dividend | | | buy | 3/24 | J | | |
| 462. | | | | | partial sell | 1/25 | J | | |
| 463. | | | | | sell | 6/14 | J | A | |
| 464. - Oracle Corp. Stock (common) | | None | J | T | buy | 9/18 | J | | |
| 465. | | | | | buy | 9/25 | J | | |
| 466. | | | | | buy | 10/10 | J | | |
| 467. - PPL Corporation Stock (common) | A | Dividend | J | T | buy | 3/24 | J | | |
| 468. | | | | | partial sell | 9/15 | J | A | |
| 469. - Paccar Inc. Stock (common) | A | Dividend | | | buy | 3/24 | J | | |
| 470. | | | | | partial sell | 8/21 | J | A | |
| 471. | | | | | sell | 9/14 | J | A | |
| 472. - Pepsico Inc. Stock (common) | A | Dividend | J | T | buy | 3/24 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 473. | | | | | partial sell | 10/9 | J | A | |
| 474. - Pfizer Inc. Stock (common) | | None | J | T | buy | 12/1 | J | | |
| 475. | | | | | buy | 12/5 | J | | |
| 476. - Pitney Bowes Inc. Stock (common) | A | Dividend | | | buy | 9/14 | J | | |
| 477. | | | | | sell | 11/30 | J | A | |
| 478. - Praxair Inc. Stock (common) | A | Dividend | J | T | buy | 3/24 | J | | |
| 479. - Precision Castparts Corp. Stock (common) | | None | J | T | buy | 11/13 | J | | |
| 480. | | | | | buy | 11/20 | J | | |
| 481. | | | | | buy | 11/28 | J | | |
| 482. - Procter & Gamble Co. Stock (common) | A | Dividend | J | T | buy | 3/24 | J | | |
| 483. | | | | | partial sell | 10/9 | J | A | |
| 484. - Reserve Fund Primary Fund | A | Dividend | J | T | | | | | |
| 485. - Rockwell Automation Inc. Stock (common) | A | Dividend | J | T | buy | 1/25 | J | | |
| 486. | | | | | buy | 2/14 | J | | |
| 487. | | | | | buy | 3/24 | J | | |
| 488. | | | | | buy | 10/9 | J | | |
| 489. - Staples Inc. Stock (common) | | None | J | T | buy | 4/6 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 490. | | | | | buy | 4/13 | J | | |
| 491.  - Starbucks Corp. Stock (common) | | None | J | T | buy | 10/25 | J | | |
| 492. | | | | | buy | 11/17 | J | | |
| 493.  - SLM Corporation Stock (Common) | A | Dividend | J | T | buy | 3/24 | J | | |
| 494. | | | | | partial sell | 7/24 | J | A | |
| 495.  - Stryker Corp. Stock (comon) | A | Dividend | | | buy | 3/24 | J | | |
| 496. | | | | | sell | 4/19 | J | | |
| 497.  - 3M Company Stock (common) | | None | J | T | buy | 11/30 | J | | |
| 498.  - Target Corp. Stock (common) | | None | J | T | buy | 11/20 | J | | |
| 499.  - Thermo Fisher Scientific Inc. Stock (common) | | None | J | T | buy | 4/19 | J | | |
| 500. | | | | | buy | 8/2 | J | | |
| 501.  - TJX Companies Inc. Stock (common) | A | Dividend | | | buy | 3/24 | J | | |
| 502. | | | | | partial sell | 4/6 | J | | |
| 503. | | | | | buy | 6/21 | J | | |
| 504. | | | | | sell | 8/16 | J | A | |
| 505.  - Unitedhealth Group Inc. Stock (common) | | None | J | T | buy | 11/22 | J | | |
| 506.  - Valero Energy Corp. Stock (common) | A | Dividend | J | T | buy | 3/24 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 507. | | | | | buy | 11/28 | J | | |
| 508. - Verizon Communications Inc. Stock (common) | A | Dividend | J | T | buy | 3/24 | J | | |
| 509. - Walgreen Co. Stock (common) | A | Dividend | | | buy | 3/24 | J | | |
| 510. | | | | | sell | 11/20 | J | | |
| 511. - WellPoint Inc. Stock (common) | | None | | | buy | 3/24 | J | | |
| 512. | | | | | partial sell | 1/12 | J | A | |
| 513. | | | | | sell | 11/22 | J | A | |
| 514. - XTO Energy Inc. Stock (common) | | None | J | T | buy | 11/1 | J | | |
| 515. | | | | | buy | 11/28 | J | | |
| 516. - Yahoo! Inc. Stock (common) | | None | | | buy | 3/24 | J | | |
| 517. | | | | | sell | 12/1 | J | | |
| 518. Brokerage Account #5 | | | | | | | | | |
| 519. - ACE Ltd. Stock (common) | A | Dividend | J | T | partial sell | 6/1 | J | A | |
| 520. | | | | | buy | 7/24 | J | | |
| 521. | | | | | buy | 8/7 | J | | |
| 522. | | | | | partial sell | 10/13 | J | A | |
| 523. - Alcatel Stock (common) | | None | | | sell | 3/24 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 524. - Allstate Corp. Stock (common) | A | Dividend | J | T | buy | 2/24 | J | | |
| 525. | | | | | partial sell | 10/4 | J | A | |
| 526. - Altria Group Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 527. - Amgen Inc. Stock (common) | | None | J | T | buy | 6/2 | J | | |
| 528. | | | | | buy | 6/14 | J | | |
| 529. - Applied Materials Inc. Stock (common) | A | Dividend | | | sell | | | | |
| 530. - Archer-Daniels-Midland Co. Stock (common) | | None | J | T | buy | 12/12 | J | | |
| 531. - AT&T Inc. Stock (common) | A | Dividend | J | T | buy | 5/22 | J | | |
| 532. | | | | | partial sell | 11/7 | J | A | |
| 533. - Baker Hughes Inc. Stock (common) | A | Dividend | J | T | buy | 10/30 | J | | |
| 534. - Barr Pharmaceuticals Inc. Stock (common) | | None | J | T | buy | 11/15 | J | | |
| 535. - BJ Services Co. Stock (common) | A | Dividend | J | T | | | | | |
| 536. - Bank of America Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 537. - Boston Scientific Corp. Stock (common) | | None | | | sell | 6/26 | J | | |
| 538. - CIGNA Corp. Stock (common) | A | Dividend | J | T | buy | 5/8 | J | | |
| 539. - CVS Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 540. - Cadence Design Systems Inc. Stock | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| (common) | | | | | | | | | |
| 541. - Carnival Corp. Stock (common) | A | Dividend | | | sell | 8/7 | J | | |
| 542. - Cendant Corp Stock (common) | | None | | | buy | 2/27 | J | | |
| 543. - Chevron Corporation Stock (common) | A | Dividend | J | T | | | | | |
| 544. - Conagra Foods Inc. Stock (common) | A | Dividend | J | T | buy | 1/13 | J | | |
| 545. - Conseco Inc. Stock (Common) | | None | J | T | | | | | |
| 546. - DirecTV Group Inc. Stock (common) | | None | J | T | buy | 2/13 | J | | |
| 547. | | | | | partial sell | 8/7 | J | A | |
| 548. | | | | | partial sell | 11/2 | J | A | |
| 549. | | | | | partial sell | 12/1 | J | A | |
| 550. | | | | | partial sell | 12/6 | J | A | |
| 551. - Eaton Corp. Stock (common) | A | Dividend | J | T | partial sell | 11/21 | J | A | |
| 552. - El Paso Corporation Stock (common) | A | Dividend | J | T | buy | 5/2 | J | | |
| 553. - Flextronics International Ltd. Stock (common) | | None | J | T | buy | 7/17 | J | | |
| 554. - First Data Corp. Stock (common) | A | Dividend | J | T | buy | 8/2 | J | | |
| 555. - Glaxosmithkline PLC Stock (common) | A | Dividend | | | partial sell | 2/9 | J | A | |
| 556. | | | | | sell | 3/1 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 557. - Globalsantafe Corp. Stock (common) | A | Dividend | J | T | buy | 5/24 | J | | |
| 558. - HCA Inc. Stock (common) | A | Dividend | | | partial sell | 8/28 | J | | |
| 559. | | | | | sell | 9/6 | J | A | |
| 560. - Halliburton Co. Stock (common) | A | Dividend | J | T | partial sell | 1/19 | J | A | |
| 561. | | | | | partial sell | 1/30 | J | A | |
| 562. - Harrahs Entertainment Inc. Stock (common) | | None | | | buy | 8/30 | J | | |
| 563. | | | | | partial sell | 10/5 | J | A | |
| 564. | | | | | sell | 10/18 | J | A | |
| 565. - Home Depot Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 566. - Humana Inc. Stock (common) | | None | | | partial sell | 1/30 | J | A | |
| 567. | | | | | partial sell | 2/1 | J | A | |
| 568. | | | | | sell | 2/7 | J | A | |
| 569. - Illinois Tool Works Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 570. - Infineon Technologies AG Stock (common) | | None | J | T | buy | 3/2 | J | | |
| 571. | | | | | buy | 3/6 | J | | |
| 572. - ING Groep NV Stock (common) | A | Dividend | J | T | | | | | |
| 573. - Intel Corp. Stock (common) | A | Dividend | J | T | buy | 7/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Cogan,, Brian M | | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 574. - Interpublic Group of Cos Inc. Stock (common) | | None | J | T | buy | 5/3 | J | | |
| 575. - Jones Apparel Group Inc. Stock (common) | A | Dividend | | | sell | | | | |
| 576. - Limited Brands Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 577. - Mastercard Inc. Stock (common) | | None | | | buy | 5/26 | J | | |
| 578. | | | | | buy | 5/30 | J | | |
| 579. | | | | | sell | 6/6 | J | A | |
| 580. - MBIA Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 581. - Microsoft Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 582. - Morgan Stanley Stock (common) | A | Dividend | | | partial sell | 3/17 | J | A | |
| 583. | | | | | sell | 3/21 | J | A | |
| 584. - News Corporation Stock (common) | | None | | | partial sell | 2/16 | J | | |
| 585. | | | | | partial sell | 3/2 | J | | |
| 586. | | | | | partial sell | 3/7 | J | | |
| 587. - Pfizer Inc. Stock (common) | A | Dividend | | | partial sell | 5/22 | J | | |
| 588. | | | | | sell | 11/14 | J | A | |
| 589. - Realogy Corporation (formerly Cendant Corp) Stock (common) | | None | J | T | | | | | |
| 590. - Reserve Fund Primary Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 591. - Sanofi Aventis Sponsored ADR Stock (common) | A | Dividend | J | T | buy | 1/31 | J | | |
| 592. - St. Paul Travelers Companies Inc. Stock (common) | A | Dividend | | | sell | 12/22 | J | B | |
| 593. - Sysco Corp. Stock (common) | A | Dividend | J | T | buy | 6/22 | J | | |
| 594. | | | | | buy | 7/7 | J | | |
| 595. - Target Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 596. - Tyson Foods Inc. Stock (common) | A | Dividend | | | sell | 12/11 | J | | |
| 597. - US Bancorp - DEL Stock (common) | A | Dividend | J | T | | | | | |
| 598. - WPP Group PLC American Stock (common) | A | Dividend | J | T | | | | | |
| 599. - Washington Mutual Inc. Stock (common) | A | Dividend | J | T | buy | 10/23 | J | | |
| 600. - Western Union Co. Stock (common) | A | Dividend | | T | buy | 10/10 | J | | |
| 601. - Wyeth Stock (common) | A | Dividend | J | T | | | | | |
| 602. - Wyndham Worldwide Corp (Formerly Cendant ) Stock (common) | | None | J | T | | | | | |
| 603. Brokerage Account #6 | | | | | | | | | |
| 604. - Altria Group Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 605. - American Express Company Stock (common) | A | Dividend | J | T | | | | | |
| 606. - American International Group Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 607. - Ameriprise Financial Stock (common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 608. - Aon Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 609. - Avon Products Inc. Stock (common) | A | Dividend | | | sell | 6/8 | J | A | |
| 610. - Berkshire Hathaway Inc. Stock (common) | | None | J | T | | | | | |
| 611. - H & R Block Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 612. - Cardinal Health Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 613. - Caremark Rx Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 614. - Citigroup Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 615. - Comcast CL A SPCL Stock (common) | | None | J | T | | | | | |
| 616. - ConocoPhillips Stock (common) | A | Dividend | J | T | buy | 9/14 | J | | |
| 617. - Costco Wholesale Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 618. - Dell Inc. Stock (common) | | None | J | T | | | | | |
| 619. - Devon Energy Corporation Stock (common) | A | Dividend | J | T | partial sell | 7/13 | J | A | |
| 620. - Diageo PLC Stock (common) | A | Dividend | J | T | | | | | |
| 621. - EOG Resources Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 622. - Fifth Third Bancorp Stock (common) | A | Dividend | | | sell | 4/24 | J | | |
| 623. - Golden West Financial Corp. Stock (common) | A | Dividend | | | partial sell | 7/20 | J | A | |
| 624. | | | | | sell | 10/4 | J | B | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
   (See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
   (See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
3. Value Method Codes: P3 =$25,000,001 - $50,000,000; R =Cost (Real Estate Only); P4 =More than $50,000,000; T =Cash Market
   (See Column C2) Q =Appraisal; V =Other; S =Assessment
   U =Book Value; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 625.  - HCA Inc. Stock (common) | A | Dividend | | | sell | 8/30 | J | A | |
| 626.  - HSBC Holdings PLC Stock (common) | A | Dividend | J | T | | | | | |
| 627.  - Harley Davidson Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 628.  - Hershey Company Stock (common) | A | Dividend | J | T | | | | | |
| 629.  - Iron Mountain Inc. Stock (common) | | None | J | T | | | | | |
| 630.  - JPMorgan Chase & Co. Stock (common) | A | Dividend | J | T | | | | | |
| 631.  - Lloyds TSB Group PLC Stock (common) | A | Dividend | | | sell | 8/29 | J | | |
| 632.  - Loews Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 633.  - Marsh & Mclennan Companies Inc. Stock (common) | A | Dividend | | | sell | 4/6 | J | | |
| 634.  - Microsoft Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 635.  - Moody's Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 636.  - News Corporation Cl A Stock (common) | A | Dividend | J | T | buy | 4/11 | J | | |
| 637.  - Occidental Petroleum Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 638.  - Procter & Gamble Co. Stock (common) | A | Dividend | J | T | buy | 5/5 | J | | |
| 639.  - Progressive Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 640.  - Reserve Fund Primary Fund | A | Dividend | J | T | | | | | |
| 641.  - Sealed Air Corp. Stock (common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 642. - Sprint Nextel Corporation Stock (common) | A | Distribution | J | T | buy | 3/28 | J | | |
| 643. - Transatlantic Holdings Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 644. - Transocean Inc. Stock (common) | | None | J | T | buy | 6/7 | J | | |
| 645. - Tyco International Ltd. Stock (common) | A | Dividend | J | T | | | | | |
| 646. - Unitedhealth Group Inc. Stock (common) | | None | J | T | buy | 10/20 | J | | |
| 647. - Vulcan Materials Co. Stock (common) | A | Dividend | J | T | | | | | |
| 648. - Wal-Mart Stores Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 649. - Wachovia Corporation Stock (common) | A | Dividend | J | T | | | | | |
| 650. - Wells Fargo & Co. Stock (common) | A | Dividend | J | T | | | | | |
| 651. Brokerage Account #7 | | | | | | | | | |
| 652. - Alliance Boots PLC Stock (common) | | None | J | T | | | | | |
| 653. - Amcor Ltd. Stock (common) | A | Dividend | J | T | | | | | |
| 654. - BG PLC ADR Stock (common) | A | Dividend | J | T | partial sell | 5/8 | J | B | |
| 655. - BP PLC Stock (common) | A | Dividend | J | T | | | | | |
| 656. - BNP Paribas SPONS AD Stock (common) | A | Dividend | J | T | buy | 1/30 | J | | |
| 657. - Banco Santander Central Hispano SA Stock (common) | A | Dividend | K | T | | | | | |
| 658. - Bayer AG Stock (common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 659.  - Boots Group PLC UNSP Stock (common) | B | Dividend | | | | | | | |
| 660.  - Canon Inc. Stock (common) | A | Dividend | K | T | | | | | |
| 661.  - Coles Myer Ltd. Stock (common) | | None | | | sell | 1/25 | J | A | |
| 662.  - Deutsche Telekom AG Stock (common) | | None | J | T | buy | 10/16 | J | | |
| 663. | | | | | buy | 10/23 | J | | |
| 664.  - Endesa SA Stock (common) | A | Dividend | | | sell | 2/16 | J | B | |
| 665.  - Fortis NL SP ADR New Stock (common) | A | Dividend | J | T | | | | | |
| 666.  - Fosters Group Ltd. Stock (common) | A | Dividend | J | T | | | | | |
| 667.  - GlaxoSmithKline plc Stock (common) | A | Dividend | J | T | buy | 10/12 | J | | |
| 668.  - HBOS PLC Stock (common) | A | Distribution | J | T | buy | 1/25 | J | | |
| 669. | | | | | buy | 6/20 | J | | |
| 670. | | | | | buy | 9/21 | J | | |
| 671. | | | | | buy | 11/22 | J | | |
| 672.  - Hitachi Ltd. Stock (common) | A | Dividend | J | T | | | | | |
| 673.  - HongKong Electric HL Stock (common) | A | Dividend | J | T | | | | | |
| 674.  - ING Groep NV Stock (common) | A | Dividend | K | T | | | | | |
| 675.  - Kao Corp. SP Stock (common) | A | Dividend | J | T | buy | 4/03 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B=$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 676. | | | | | buy | 5/11 | J | | |
| 677. | | | | | buy | 5/24 | J | | |
| 678. | | | | | buy | 10/30 | J | | |
| 679. - Lloyds TSB Group plc Stock (common) | A | Dividend | J | T | | | | | |
| 680. - Matsushita Electric Industrial Co. Ltd. Stock (common) | A | Dividend | | | partial sell | 1/17 | J | A | |
| 681. | | | | | partial sell | 5/1 | J | A | |
| 682. | | | | | partial sell | 5/17 | J | B | |
| 683. | | | | | sell | 10/5 | J | A | |
| 684. - Millea Holdings Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 685. - National Australia Bank Ltd. Stock (common) | A | Dividend | K | T | | | | | |
| 686. - National Grid plc Stock (common) | A | Dividend | J | T | partial sell | 9/18 | J | A | |
| 687. - Nippon Telegraph & Telephone Corp. Stock (common) | A | Dividend | J | T | buy | 3/1 | J | | |
| 688. - POSCO Stock (common) | A | Dividend | | | sell | 1/25 | J | A | |
| 689. - RWE AG Stock (common) | A | Dividend | K | T | partial sell | 10/18 | J | B | |
| 690. - Reed Elsevier NV Stock (common) | A | Dividend | J | T | buy | 2/1 | J | | |
| 691. - Reserve Fund Primary Fund | A | Dividend | J | T | | | | | |
| 692. - Rio Tinto plc Stock (common) | A | Dividend | J | T | partial sell | 1/17 | J | A | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000
(See Column C2)   Q =Appraisal   V =Other   S =Assessment
   U =Book Value   W =Estimated   T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 693. | | | | | partial sell | 4/3 | J | B | |
| 694. | | | | | partial sell | 5/2 | J | A | |
| 695. | | | | | partial sell | 10/18 | J | B | |
| 696. | | | | | partial sell | 11/22 | J | B | |
| 697. - Royal Dutch Shell Stock (common) | A | Dividend | J | T | | | | | |
| 698. - Sasol Ltd. Stock (common) | A | Dividend | J | T | partial sell | 7/19 | J | A | |
| 699. - Societe Generale Stock (common) | A | Dividend | K | T | partial sell | 9/25 | J | B | |
| 700. - Stora Enso Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 701. - Telecom Corp. of New Zealand Ltd. Stock (common) | A | Dividend | J | T | buy | 5/17 | J | | |
| 702. | | | | | buy | 8/7 | J | | |
| 703. - Telefonica SA Stock (common) | A | Dividend | K | T | buy | 1/31 | J | | |
| 704. - Telstra Corporation Ltd. Stock (common) | A | Dividend | J | T | | | | | |
| 705. - Total S.A. Stock (common) | A | Dividend | K | T | buy | 3/1 | J | | |
| 706. - Toyota Motor Corp. Stock (common) | A | Dividend | K | T | | | | | |
| 707. - Unilever PLC Stock (common) | A | Dividend | K | T | buy | 1/24 | J | | |
| 708. | | | | | buy | 3/1 | J | | |
| 709. - UPM-Kymmene Corp. Stock (common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 710.  - United Overseas Bank Ltd. Stock (common) | | None | J | T | buy | 10/10 | J | | |
| 711. | | | | | buy | 10/17 | J | | |
| 712.  Brokerage Account #8 | | | | | | | | | |
| 713.  - Bear Stearns NY Money Fund | A | Dividend | K | T | | | | | |
| 714.  - Franklin Templeton Funds NY Tax Free Income | A | Dividend | K | T | | | | | |
| 715.  - Metropolitan Transn Auth NY Rev RFDG-Ser B-1 | A | Interest | K | T | buy | 3/27 | L | | |
| 716. | | | | | part redeem | 4/18 | L | | |
| 717.  - New York NY G/O Subser G-4 Fund | D | Interest | M | T | buy | 3/29 | L | | |
| 718.  - New York ST Urban Dev Corp. | B | Interest | L | T | buy | 3/31 | L | | |
| 719.  Brokerage Account #9 | | | | | | | | | |
| 720.  - Causeway International Value Fund | A | Dividend | J | T | partial sell | 3/22 | J | A | |
| 721. | | | | | partial sell | 12/21 | J | A | |
| 722.  - Davis New York Venture Fund Inc. | A | Dividend | J | T | partial sell | 3/22 | J | A | |
| 723. | | | | | partial sell | 12/21 | J | A | |
| 724.  - Harbor Small Cap Value Fund | A | Dividend | J | T | partial sell | 3/22 | J | A | |
| 725. | | | | | partial sell | 12/21 | J | A | |
| 726.  - Ishares Lehman 1-3 Yr Treasury Bond | A | Dividend | J | T | partial sell | 3/22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| (ETFS) | | | | | | | | | |
| 727. | | | | | partial sell | 12/21 | J | | |
| 728. - Ishares MSCI EAFE Index Fund (ETFS) | A | Dividend | J | T | partial sell | 3/22 | J | A | |
| 729. | | | | | partial sell | 12/21 | J | A | |
| 730. - Ishares Russell Midcap Index Fund (ETFS) | A | Dividend | J | T | partial sell | 3/22 | J | A | |
| 731. | | | | | partial sell | 12/21 | J | A | |
| 732. - Ishares Trust Russell 2000 Growth Index Fund | A | Dividend | J | T | partial sell | 3/22 | J | A | |
| 733. | | | | | partial sell | 12/21 | J | A | |
| 734. - PIMCO High Yield Fund Cl A | A | Dividend | J | T | partial sell | 3/22 | J | | |
| 735. | | | | | partial sell | 12/21 | J | | |
| 736. - Reserve Fund Primary Fund Treasury Class | A | Dividend | J | T | | | | | |
| 737. - StreetTRACKS Wilshire Reit ETF | A | Dividend | J | T | partial sell | 3/22 | J | A | |
| 738. | | | | | partial sell | 12/21 | J | B | |
| 739. - Touchstone (formerly Constellation Sands Cap Sel Growth Fd | | None | | | partial sell | 3/22 | J | A | |
| 740. | | | | | sell | 12/21 | J | | |
| 741. Brokerage Account #10 | | | | | | | | | |
| 742. - Causeway International Value Fund | A | Dividend | J | T | | | | | |

| I. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 743.  - Touchstone (formerly Constellation Sands Cap Sel Growth Fd | | None | J | T | | | | | |
| 744.  - Davis New York Venture Fund Inc. Cl A | A | Dividend | J | T | | | | | |
| 745.  - Harbor Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 746.  - Ishares Trust 1-3 Yr Treasury Index Fund (ETFS) | A | Dividend | J | T | | | | | |
| 747.  - Ishares MSCI EAFE Index Fund (ETFS) | A | Dividend | J | T | | | | | |
| 748.  - Ishares Trust Russell Midcap Index Fund (ETFS) | A | Dividend | J | T | | | | | |
| 749.  - Ishares Russell 2000 Growth Index Fund (ETFS) | A | Dividend | J | T | | | | | |
| 750.  - PIMCO High Yield Fund Cl A | A | Dividend | J | T | | | | | |
| 751.  - Reserve Fund Primary Fund Treasury Class | A | Dividend | J | T | | | | | |
| 752.  - streetTRACKS Wilshire Reit ETF | A | Dividend | J | T | | | | | |
| 753. Brokerage Account #11 | | | | | | | | | |
| 754.  - Affiliated Computer Services Inc. Stock (common) | | None | J | T | buy | 3/28 | J | | |
| 755.  - Allied Waste Industries Inc. Stock (common) | | None | J | T | buy | 3/28 | J | | |
| 756.  - American Tower Corp. Stock (common) | | None | J | T | buy | 3/28 | J | | |
| 757.  - Ansys Inc. Stock (common) | | None | | | buy | 3/28 | J | | |
| 758. | | | | | sell | 4/17 | J | A | |
| 759.  - Astoria Financial Corp. Stock (common) | A | Dividend | J | T | buy | 3/28 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 760. - Autodesk Inc. Stock (common) | | None | J | T | buy | 3/28 | J | | |
| 761. - Avaya Inc. Stock (common) | | None | J | T | buy | 3/28 | J | | |
| 762. - C R Bard Inc. Stock (common) | A | Dividend | J | T | buy | 3/28 | J | | |
| 763. - Barr Pharmaceuticals Inc. Stock (common) | | None | J | T | buy | 3/28 | J | | |
| 764. - Beckman Coulter Inc. Stock (common) | A | Dividend | J | T | buy | 3/28 | J | | |
| 765. - Biomet Inc. Stock (common) | A | Dividend | J | T | buy | 3/28 | J | | |
| 766. - Boston Properties Inc. Stock (common) | A | Dividend | J | T | buy | 3/28 | J | | |
| 767. - Brinker International Inc. Stock (common) | A | Dividend | J | T | buy | 3/28 | J | | |
| 768. - Cablevision Systems Corp. Stock (common) | A | Dividend | | | buy | 3/28 | J | | |
| 769. | | | | | sell | 10/10 | J | A | |
| 770. - Chesapeake Energy Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 771. - Choicepoint Inc. Stock (common) | | None | J | T | buy | 8/31 | J | | |
| 772. - CIT Group Inc. Stock (common) | A | Dividend | J | T | buy | 3/28 | J | | |
| 773. - Countrywide Financial Corp. Stock (common) | A | Dividend | J | T | buy | 3/28 | J | | |
| 774. - Cooper Companies Inc. Stock (common) | A | Dividend | J | T | buy | 3/28 | J | | |
| 775. - Corning Inc. Stock (common) | | None | J | T | buy | 3/28 | J | | |
| 776. - Covance Inc. Stock (common) | | None | J | T | buy | 3/28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 777. - Coventry Health Care Inc. Stock (common) | | None | J | T | buy | 3/28 | J | | |
| 778. - CSX Corp. Stock (common) | A | Dividend | J | T | buy | 7/17 | J | | |
| 779. - Cummins Inc. Stock (common) | A | Dividend | J | T | buy | 3/28 | J | | |
| 780. - Darden Restaurants Inc. Stock (common) | A | Dividend | J | T | buy | 3/28 | J | | |
| 781. - D R Horton Inc. Stock (common) | A | Dividend | J | T | buy | 3/28 | J | | |
| 782. - Eastman Chemical Co. Stock (common) | A | Dividend | J | T | buy | 3/28 | J | | |
| 783. - Eaton Vance Corp. Stock (common) | A | Dividend | J | T | buy | 3/28 | J | | |
| 784. - A G Edwards Inc. Stock (common) | A | Dividend | J | T | buy | 3/28 | J | | |
| 785. - Express Scripts Inc. Stock (common) | | None | J | T | buy | 3/28 | J | | |
| 786. - Flextronics International Ltd. Stock (common) | | None | J | T | buy | 3/28 | J | | |
| 787. - Forest Laboratories Inc. Stock (common) | | None | | | buy | 3/28 | J | | |
| 788. | | | | | sell | 8/31 | J | A | |
| 789. - GATX Corp. Stock (common) | A | Dividend | J | T | | | | | |
| 790. - General Dynamics Corp. Stock (common) | A | Dividend | J | T | buy | 3/28 | J | | |
| 791. - Guitar Center Inc. Stock (common) | | None | J | T | buy | 3/28 | J | | |
| 792. - Harman International Industries Inc. Stock (common) | A | Dividend | J | T | buy | 3/28 | J | | |
| 793. - Harris Corp. Stock (common) | A | Dividend | J | T | buy | 9/28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 794. - Harsco Corp. Stock (common) | A | Dividend | J | T | buy | 3/28 | J | | |
| 795. - Houston Exploration Co. Stock (common) | | None | J | T | buy | 3/28 | J | | |
| 796. - Hovnanian Enterprises Inc. Stock (common) | | None | J | T | buy | 3/28 | J | | |
| 797. - Int'l Game Technology Stock (common) | A | Dividend | J | T | buy | 3/28 | J | | |
| 798. - International Rectifier Corp. Stock (common) | | None | J | T | buy | 3/28 | J | | |
| 799. - Jefferies Group Inc. Stock (common) | A | Dividend | J | T | buy | 3/28 | J | | |
| 800. - Keyspan Stores Inc. Stock (common) | A | Dividend | J | T | buy | 3/28 | J | | |
| 801. - Michaels Stores Inc. Stock (common) | A | Dividend | | | buy | 3/28 | J | | |
| 802. | | | | | sell | 10/31 | J | A | |
| 803. - Newfield Exploration Co. Stock (common) | | None | J | T | buy | 3/28 | J | | |
| 804. - Pioneer Natural Resources Co. Stock (common) | A | Dividend | J | T | buy | 3/28 | J | | |
| 805. - Protective Life Corp. Stock (common) | A | Dividend | J | T | buy | 3/28 | J | | |
| 806. - Pulte Homes Inc. Stock (common) | A | Dividend | J | T | buy | 3/28 | J | | |
| 807. - Raymond James Financial Inc. Stock (common) | A | Dividend | J | T | buy | 3/28 | J | | |
| 808. - Republic Services Inc. Stock (common) | A | Dividend | J | T | buy | 3/28 | J | | |
| 809. - Reserve Tax Exempt Trust Interstate Tax Exempt Fund | A | Dividend | J | T | | | | | |
| 810. - Scientific Games Corp. Stock (common) | | None | J | T | buy | 7/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 811.  - Scotts Miracle-Gro Co. Stock (common) | A | Dividend | J | T | buy | 3/28 | J | | |
| 812.  - TJX Companies Inc. Stock (common) | A | Dividend | J | T | buy | 3/28 | J | | |
| 813.  - Union Pacific Corp. Stock (common) | A | Dividend | J | T | buy | 3/28 | J | | |
| 814.  - WPS Resources Corp. Stock (common) | A | Dividend | J | T | buy | 7/17 | J | | |
| 815.  - XTO Energy Inc. Stock (common) | A | Dividend | J | T | buy | 3/28 | J | | |
| 816.  - Yum Brands Inc. Stock (common) | A | Dividend | J | T | buy | 3/28 | J | | |
| 817.  Brokerage Account #12 | | | | | | | | | |
| 818.  - American Campus Communities Inc. Stock (common) | | None | J | T | buy | 12/8 | J | | |
| 819.  - Arrow International Inc. Stock (common) | A | Dividend | J | T | buy | 5/11 | J | | |
| 820.  - Akamai Technologies Inc. Stock (common) | | None | | | buy | 4/17 | J | | |
| 821. | | | | | partial sell | 7/31 | J | A | |
| 822. | | | | | sell | 12/1 | J | A | |
| 823.  - Bank of the Ozarks Inc. Stock (common) | A | Dividend | J | T | buy | 9/25 | J | | |
| 824.  - Cabot Corp. Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 825.  - Cedar Fair LP. Stock (common) | A | Distribution | J | T | buy | 3/28 | J | | |
| 826.  - Cleco Corp Hldgs New Stock (common) | A | Dividend | J | T | | | | | |
| 827.  - Clarcor Inc. Stock (common) | A | Dividend | J | T | buy | 7/27 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 828. - Cognex Corp. Stock (common) | A | Dividend | J | T | buy | 4/10 | J | | |
| 829. - Cohu Inc. Stock (common) | | None | J | T | | | | | |
| 830. - Computer Programs & Systems Inc. Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 831. - Cooper Companies Inc. Stock (common) | A | Dividend | J | T | buy | 4/10 | J | | |
| 832. - Cousins Properties Inc. Stock (common) | | None | J | T | buy | 12/14 | J | | |
| 833. - Deluxe Corp. Stock (common) | A | Dividend | J | T | buy | 4/17 | J | | |
| 834. - East West Bancorp Inc. Stock (common) | A | Dividend | J | T | buy | 4/17 | J | | |
| 835. - Entegris Inc. Stock (common) | | None | J | T | buy | 4/4 | J | | |
| 836. - Epicor Software Corp. Stock (common) | | None | J | T | buy | 3/31 | J | | |
| 837. - Hibbett Sporting Goods Inc. Stock (common) | | None | J | T | buy | 4/10 | J | | |
| 838. - HMS Holdings Corp. Stock (common) | | None | J | T | buy | 12/14 | J | | |
| 839. - K & F Industries Holdings Inc. Stock (common) | | None | J | T | | | | | |
| 840. - Life Time Fitness Inc. Stock (common) | | None | J | T | buy | 4/20 | J | | |
| 841. - Landauer Inc. Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 842. - Lojack Corp. Stock (common) | | None | J | T | buy | 4/4 | J | | |
| 843. - Matthews International Corp. Stock (common) | A | Dividend | J | T | buy | 4/4 | J | | |
| 844. - Meridian Bioscience Inc. Stock (common) | A | Dividend | J | T | buy | 4/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 845. - Middleby Corp. Stock (common) | | None | J | T | buy | 3/27 | J | | |
| 846. | | | | | partial sell | 5/16 | J | A | |
| 847. | | | | | buy | 8/9 | J | | |
| 848. - National Finl Partners Corp. Stock (common) | A | Dividend | J | T | buy | 3/30 | J | | |
| 849. - Natural Resource Partners LP. (PTP) | A | Distribution | J | T | buy | 4/5 | J | | |
| 850. - NCO Group Inc. Stock (common) | | None | | | buy | 4/19 | J | | |
| 851. | | | | | sell | 11/16 | J | A | |
| 852. - Newport Corp. Stock (common) | | None | J | T | buy | 4/10 | J | | |
| 853. - NS Group Inc. Stock (common) | | None | | | partial sell | 9/21 | J | A | |
| 854. | | | | | sell | 11/13 | J | A | |
| 855. - O Reilly Automotive Inc. Stock (common) | | None | J | T | buy | 3/29 | J | | |
| 856. - Performance Food Group Co. Stock (common) | | None | J | T | buy | 4/4 | J | | |
| 857. - Proassurance Corp. Stock (common) | | None | J | T | buy | 3/29 | J | | |
| 858. - Ralcorp Holdings Inc. Stock (common) | | None | J | T | buy | 3/27 | J | | |
| 859. - Reserve Tax Exempt Trust Interstate Tax Exempt Fund | A | Dividend | J | T | | | | | |
| 860. - Respironics Inc. Stock (common) | | None | J | T | buy | 4/10 | J | | |
| 861. - Ritchie Bros Auctioneers Inc. Stock | A | Dividend | J | T | buy | 4/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| (common) | | | | | | | | | |
| 862. - Signature Bank Stock (common) | | None | J | T | buy | 3/27 | J | | |
| 863. - Stericycle Inc. Stock (common) | | None | J | T | buy | 4/20 | J | | |
| 864. - St Mary Land & Exploration Co. Stock (common) | A | Dividend | J | T | buy | 4/5 | J | | |
| 865. - Standard Pacific Corp. Stock (common) | A | Dividend | J | T | buy | 3/29 | J | | |
| 866. - Source Interlink Companies Inc. Stock (common) | | None | | | buy | 4/5 | J | | |
| 867. | | | | | sell | 9/29 | J | | |
| 868. - Thor Industries Inc. Stock (common) | A | Dividend | J | T | buy | 4/5 | J | | |
| 869. - Toro Co. Stock (common) | A | Dividend | J | T | buy | 3/30 | J | | |
| 870. - Tractor Supply Co. Stock (common) | | None | J | T | buy | 4/10 | J | | |
| 871. - Tupperware Brands Corporation Stock (common) | A | Dividend | J | T | buy | 4/5 | J | | |
| 872. - Umpqua Hldgs Corp. Stock (common) | A | Dividend | J | T | buy | 4/5 | J | | |
| 873. - Universal Compression Hldgs Inc. Stock (common) | | None | J | T | buy | 4/19 | J | | |
| 874. - Universal Forest Products Inc. Stock (common) | A | Dividend | J | T | buy | 4/24 | J | | |
| 875. - Valero LP. (PTP) | A | Distribution | | | buy | 4/11 | J | | |
| 876. | | | | | partial sell | 8/25 | J | A | |
| 877. | | | | | sell | 9/6 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 878. - Williams Partners LP (PTP) | A | Distribution | J | T | | | | | |
| 879. Brokerage Account #13 | | | | | | | | | |
| 880. - UBS AG Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 881. - ABN Amro Holding NV Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 882. - Adecco SA-sponsored ADR Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 883. - AXA UAP-sponsored ADR (Formerly AXA SA) Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 884. - BG PLC ADR Final Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 885. - BNP Paribas Sponsored ADR Repstg Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 886. - Banco Bilbao Vizcaya Sponsored ADR Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 887. - Barclays PLC- ADR Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 888. - BHP Billiton Ltd. Sponsored ADR Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 889. - British American Tobacco PLC Sponsored ADR Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 890. - Canon Inc ADR Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 891. - Companhia Vale Do Rio Doce Sponsored ADR Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 892. - ENI SPA Sponsored ADR Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 893. - E On AG Sponsored ADR Stock (common) | A | Dividend | J | T | | | | | |
| 894. - Eisai Co. Ltd -Sponsored ADR Stock | A | Dividend | J | T | buy | 3/27 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| (common) | | | | | | | | | |
| 895. - Ericsson L M Tel Co ADR Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 896. - Fomento EconmicoMexicano SA Sponsored ADR Stock (common) | A | Dividend | J | T | | | | | |
| 897. - Fortis NL Sponsored ADR Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 898. - Glaxosmithkline PLC Sponsored ADR Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 899. - HSBC Holdings PLC Sponsored ADR Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 900. - Honda Motor Co. Ltd- ADR Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 901. - Hoya Corp Sponsored ADR Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 902. - ING Groep NV Sponsored ADR Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 903. - Ireland Bank Sponsored ADR Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 904. - Kao Corp Sponsored ADR Stock (common) | A | Dividend | | | buy | 3/27 | J | | |
| 905. | | | | | sell | | | | |
| 906. - Koninklijke Philips Electrs Sponsored ADR Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 907. - Lafarge Sponsored ADR Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 908. - Matsushita Electric Industrial Co Ltd ADR Stock (common) | A | Dividend | | | buy | 3/27 | J | | |
| 909. | | | | | sell | 8/17 | J | | |
| 910. - Mitsubishi Corp Sponsored ADR Stock | A | Dividend | J | T | buy | 3/27 | J | | |

| 1. Income Gain Codes: (See Columns BI and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns CI and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| (common) | | | | | | | | | |
| 911. - Mitsubishi Estate Co Ltd ADR Stock (common) | | None | J | T | | | | | |
| 912. - Mitsubishi UFJ Finl Group Sponsored ADR Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 913. - National Grid PLC Sponsored ADR Stock (common) | A | Dividend | J | T | | | | | |
| 914. - Nestle SA Sponsored ADR Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 915. - News Corporation Cl B Sponsored ADR Stock (common) | A | Dividend | J | T | | | | | |
| 916. - Nidec Corp Sponsored ADR Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 917. - Nikko Cordial Corp ADR Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 918. - Nintendo Co Ltd ADR Stock (common) | A | Dividend | | | buy | 3/27 | J | | |
| 919. | | | | | sell | 7/28 | J | A | |
| 920. - Nokia Corp Sponsored ADR Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 921. - Novartis AG Sponsored ADR Stock (common) | | None | J | T | buy | 3/27 | J | | |
| 922. - Petroleo Brasileiro Petrobra Sponsored ADR Stock (common) | | None | J | T | | | | | |
| 923. - Reed Elsevier NV Sponsored ADR Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 924. - Reserve Tax Exempt Trust Interstate Tax Exempt Fund | A | Dividend | J | T | | | | | |
| 925. - Roche Holding Ltd Sponsored ADR Stock (common) | | None | J | T | buy | 3/27 | J | | |
| 926. - Sanofi Aventis Sponsored ADR Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| (common) | | | | | | | | | |
| 927. - SAP Aktiengesellschaft Sponsored ADR Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 928. - Schering AG Sponsored ADR Stock (common) | | None | | | buy | 3/27 | J | | |
| 929. | | | | | sell | 4/3 | J | A | |
| 930. - Siemens AG Sponsored ADR Stock (common) | | None | J | T | buy | 3/27 | J | | |
| 931. - Smith & Nephew PLC Sponsored ADR Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 932. - Sony Corp- ADR Stock (common) | A | Dividend | J | T | buy | 8/17 | J | | |
| 933. - Sumitomo Mitsui Financial Group Inc ADR Stock (common) | | None | J | T | | | | | |
| 934. - Tesco PLC Sponsored ADR Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 935. - Total SA ADR Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 936. - Vodafone Group PLC New Sponsored ADR Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 937. - WPP PLC ADR Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 938. - Wolseley PLC Sponsored ADR Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 939. - Wolters Kluwer NV Sponsored ADR Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 940. - Zurich Financial Services Sponsored ADR Stock (common) | A | Dividend | J | T | buy | 3/27 | J | | |
| 941. Goldman Sachs Tollkeeper Fund | | None | J | T | | | | | |
| 942. Brokerage Account #14 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 943.  - Bear Stearns NY Money Fund | A | Interest | K | T | | | | | |
| 944.  - Government Backed Trs Ctf Turkey Zero Cpn Cl T-1 Bond | A | Interest | | | redeem | 5/15 | K | | |
| 945.  - New York City Prin M-Raes 8% 8/1/07 Bond | A | Interest | J | T | | | | | |
| 946.  - US Treasury Strip-Tint- 8/15/06 Bond | A | Interest | | | redeem | 8/15 | J | | |
| 947.  Brokerage Account #15 | | | | | | | | | |
| 948.  - New York City Prin M-Raes 8% 8/1/07 Bond | | None | J | T | | | | | |
| 949.  IRA #1 | A | Dividend | K | T | | | | | |
| 950.  - Ishares MSCI Emerg Mkts Index Fund (ETFS) | | | | | | | | | |
| 951.  - Ishares MSCI EAFE Index Fund (ETFS) | | | | | | | | | |
| 952.  - Ishares Russell Midcap Index Fd (ETFS) | | | | | | | | | |
| 953.  - Ishares Russell 1000 Value Index Fd (ETFS) | | | | | | | | | |
| 954.  - Ishares Russell 1000 Growth Index Fd (ETFS) | | | | | | | | | |
| 955.  - Ishares Russell 2000 Value Index Fund (ETFS) | | | | | | | | | |
| 956.  - Ishares Russell 2000 Growth Index Fund (ETFS) | | | | | | | | | |
| 957.  - Reserve Fund Primary Fund Tresury Class | | | | | | | | | |
| 958.  - streetTRACKS Wilshire Reit ETF | | | | | | | | | |
| 959.  IRA #2 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 960. - Ishares MSCI Emerg Mkts Index Fund (ETFS) | | | | | | | | | |
| 961. - Ishares MSCI EAFE Index Fund (ETFS) | | | | | | | | | |
| 962. - Ishares Russell Midcap Index Fd (ETFS) | | | | | | | | | |
| 963. - Ishares Russell 1000 Value Index Fd (ETFS) | | | | | | | | | |
| 964. - Ishares Russell 1000 Growth Index Fd (ETFS) | | | | | | | | | |
| 965. - Ishares Russell 2000 Value Index Fund (ETFS) | | | | | | | | | |
| 966. - Ishares Russell 2000 Growth Index Fund (ETFS) | | | | | | | | | |
| 967. - Reserve Fund Primary Fund Treasury Class | | | | | | | | | |
| 968. - streetTRACKS Wilshire Reit ETF | | | | | | | | | |
| 969. Retirement Plan for Partners #1 | G | Dividend | P1 | T | | | | | |
| 970. - Lehman Ishares Bond Fund | | | | | buy | 3/31 | J | | |
| 971. | | | | | buy | 6/30 | K | | |
| 972. - Bernstein Equity Fund | | | | | buy | 3/31 | J | | |
| 973. | | | | | partial sell | 6/30 | J | | |
| 974. - Westfield Capital (formerly Baird Capital Fund) | | | | | buy | 3/31 | J | | |
| 975. | | | | | partial sell | 6/30 | L | | |
| 976. - C.S. Mc Kee, L.P. Fund | | | | | buy | 3/31 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 977. | | | | | buy | 6/30 | L | | |
| 978. - Cramer rosenthal Mc Glynn (formerly Private Capital Mgmt | | | | | buy | 3/31 | J | | |
| 979. | | | | | partial sell | 6/30 | J | | |
| 980. - Brandes Investment Partners Fund | | | | | buy | 3/31 | J | | |
| 981. | | | | | partial sell | 6/30 | K | | |
| 982. - Calamos Investment Management Fund | | | | | buy | 3/31 | J | | |
| 983. | | | | | buy | 6/30 | J | | |
| 984. - Fayez Sarofim & Company Fund | | | | | buy | 3/31 | J | | |
| 985. | | | | | sell | 6/30 | J | | |
| 986. - Allegiance Capital Fund | | | | | buy | 6/30 | K | | |
| 987. - Receivable Fund | | | | | sell | 3/31 | J | | |
| 988. | | | | | buy | 12/31 | J | | |
| 989. Retirement Plan for Partners #2 | G | Dividend | P1 | T | | | | | |
| 990. - Lehman Ishares Bond Fund | | | | | buy | 3/31 | J | | |
| 991. | | | | | buy | 6/30 | K | | |
| 992. - Bernstein Equity Fund | | | | | buy | 3/31 | J | | |
| 993. | | | | | buy | 6/30 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 994. - Westfield Capital (formerly Baird Capital Fund) | | | | | buy | 3/31 | J | | |
| 995. | | | | | partial sell | 6/30 | J | | |
| 996. - C.S. MC Kee, L.P. Fund | | | | | buy | 3/31 | J | | |
| 997. | | | | | partial sell | 6/30 | K | | |
| 998. - Cramer Rosenthal Mc Glynn (formerly Private Capital Mgmt) | | | | | buy | 3/31 | J | | |
| 999. | | | | | partial sell | 6/30 | K | | |
| 1000. - Brandes Investment Partners Fund | | | | | buy | 3/31 | J | | |
| 1001. | | | | | partial sell | 6/30 | K | | |
| 1002. - Calamos Investment Management Fund | | | | | buy | 3/31 | J | | |
| 1003. | | | | | partial sell | 6/30 | K | | |
| 1004. - Fayez Sarofim & Company Fund | | | | | buy | 3/31 | J | | |
| 1005. | | | | | sell | 6/30 | L | | |
| 1006. - Allegiance Capital Fund | | | | | buy | 6/30 | M | | |
| 1007. - Receivable Fund | | | | | sell | 3/31 | J | | |
| 1008. | | | | | buy | 12/31 | K | | |
| 1009. Profit Sharing Plan for Partner #1 | D | Dividend | L | T | | | | | |
| 1010. - Lehman Ishares Bond Fund | | | | | buy | 6/30 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1011. - Bernstein Equity Fund | | | | | buy | 6/30 | J | | |
| 1012. - Westfield Capital (formerly Baird Capital Fund) | | | | | partial sell | 6/30 | J | | |
| 1013. - C.S. MC Kee, L.P. Fund | | | | | buy | 6/30 | J | | |
| 1014. - Cramer Rosenthal Mc Glynn (formerly Private Capital Mgmt) | | | | | buy | 6/30 | J | | |
| 1015. - Brandes Investment Partners Fund | | | | | buy | 6/30 | J | | |
| 1016. - Calamos Investment Management Fund | | | | | partial sell | 6/30 | J | | |
| 1017. - Fayez Sarofim & Company Fund | | | | | sell | 6/30 | J | | |
| 1018. - Allegiance Capital Fund | | | | | buy | 6/30 | J | | |
| 1019. - Receivable Fund | | | | | sell | 6/30 | J | | |
| 1020. Profit Sharing Plan for Partner #2 | D | Dividend | L | T | | | | | |
| 1021. - Lehman Ishares Bond Fund | | | | | buy | 6/30 | J | | |
| 1022. - Bernstein Equity Fund | | | | | buy | 6/30 | J | | |
| 1023. - Westfield Capital (formerly Baird Capital Fund | | | | | buy | 6/30 | J | | |
| 1024. - C.S. MC Kee, L.P. Fund | | | | | | | | | |
| 1025. - Cramer Rosenthal Mc Glynn (formerly Private Capital Mgmt) | | | | | | | | | |
| 1026. - Brandes Investment Partners Fund | | | | | | | | | |
| 1027. - Calamos Investment Management Fund | | | | | partial sell | 6/30 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1028. - Fayez Sarofim & Company Fund | | | | | sell | 6/30 | J | | |
| 1029. - Allegiance Capital Fund | | | | | buy | 6/30 | J | | |
| 1030. - Receivable Fund | | | | | sell | 6/30 | J | | |
| 1031. | | | | | buy | 12/31 | J | | |
| 1032. College Access 529 Plan #1 | | | | | | | | | |
| 1033. Portfolio 004 | B | Dividend | K | T | | | | | |
| 1034. College Access 529 Plan #2 | | | | | | | | | |
| 1035. Portfolio 005 | B | Dividend | K | T | | | | | |
| 1036. IRS Federal Income Tax Receivable | | None | M | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

- The asset listed in Part VII, line 3 of 2005 report is not listed in Part VII of this report because it was a partnership that terminated in 2005.

- The assets listed in Part VII, lines 39, 82, 89, 130, 369, and 466 of 2005 report are not listed in Part VII of this report because their value has fallen below the threshold for reporting such assets.

- The retirement plan and profit sharing plan listed in Part II of 2006 report which assets are listed in Part VII, lines 969 and 1009 of 2006 report were left by the filer with the plans subject to the distribution rules as defined by the plans.

- The filer resigned as a partner in the law firm listed in Part I of 2006 report on June 9, 2006 and his first day on the bench as a U.S. District Judge was June 12, 2006. The income from the former law firm is listed in Part III of 2006 report.

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____                                Date  5/11/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY ⌐ WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app.

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544